# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MILLICENT BOND,**

        **Plaintiff,**

v.                                      Case No:    6:13-cv-175-Orl-40DAB

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause is before the Court on the parties' Unopposed Motion for Attorney Fees pursuant to 28 U.S.C. § 2312(d) (Doc. No. 29) filed on February 25, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 15, 2014 (Doc. No. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney Fees pursuant to 28 U.S.C. § 2312(d) is hereby **GRANTED** in part.

3. The Clerk is directed to enter judgment for attorney's fees in the amount of $6,388.38 in Plaintiff's favor.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties